AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**

APR 1 6 2003

Frontier Construction, et al.　　　**JUDGMENT IN A CIVIL CASE**

v.　　　Case Number: 02 C 3341

Tri-State Management Co., et al.

- ☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

- ■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Frontier's motion to confirm arbitration award is granted in part and denied in part. The motion is granted as to Tri-State and denied as to NAS. Judgment is, therefore, entered in favor of Frontier and against Tri-State in the amount of $41,450.45 plus interest and $7,521.09 in attorneys' and arbitration fees.

Michael W. Dobbins, Clerk of Court

Date: 4/15/2003

Mathew P. John, Deputy Clerk